No. 05-5957. KANDEKORE v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 05-5961. JAMES v. HAVENS ET AL. C. A. 6th Cir. Certiorari denied.

No. 05-5962. HAMRICK v. FARMERS ALLIANCE MUTUAL INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 05-5965. MINNIFIELD v. GOMEZ, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 05-5972. BRAKEALL v. WEBER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05-5975. GOODSON v. DUNCAN. C. A. 6th Cir. Certiorari denied.

No. 05-5980. HESS v. KUNKLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 05-5985. HARPER v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 05-5987. VINCENT v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 05-5989. WILLIAMS v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 05-5990. WILSON v. CALIFORNIA (two judgments). Sup. Ct. Cal. Certiorari denied.

No. 05-5991. TURCUS v. AUTO CLUB GROUP INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 05-5995. CARLSON v. AMERICAN EXPRESS FINANCIAL ADVISORS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 05-5997. DRUMMOND v. EHRLICH, GOVERNOR OF MARYLAND. C. A. 4th Cir. Certiorari denied.